UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NADIA PADMORE,

               Plaintiff,

    – *against* –

REMARKABLE FOODS HOSPITALITY, LLC,

               Defendant.

**ORDER**

25 Civ. 07250 (ER)

RAMOS, D.J.:

The Court having been advised that the parties have reached agreement on all issues after mediation, the parties are hereby directed to submit their agreement for approval under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015), by no later than January 21, 2026.

It is SO ORDERED.

Dated:    January 7, 2026
          New York, New York

_____
      Edgardo Ramos, U.S.D.J.