# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~~

**Abdul K. Hassan, Esq.**                                          Tel: 718-740-1000
Email: abdul@abdulhassan.com                           Fax: 718-740-2000
*Employment and Labor Lawyer*                      Web: www.abdulhassan.com

**January 21, 2026**

**Via ECF**                                              **MEMO ENDORSED**

Hon. Edgardo Ramos, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

> **Re: Padmore v. Remarkable Foods Hospitality, LLC**
>     **Case No. 25-CV-07250 (ER)(KHP)**
>     **Motion for Extension of Time**

Dear Judge Ramos:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the January 21, 2026, deadline for Plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers. No prior request for an extension of this deadline was made.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:    Defense Counsel via ECF**

The request is granted. The parties are directed to submit their agreement for approval by February 4, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: January 22, 2026
New York, New York

1