# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

**Abdul K. Hassan, Esq.**                                      Tel: 718-740-1000
Email: abdul@abdulhassan.com                         Fax: 718-740-2000
*Employment and Labor Lawyer*                  Web: www.abdulhassan.com

**February 4, 2026**

**Via ECF**                                            **MEMO ENDORSED**

Hon. Edgardo Ramos, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

            **Re: Padmore v. Remarkable Foods Hospitality, LLC**
                **Case No. 25-CV-07250 (ER)(KHP)**
                **Motion for Extension of Time**

Dear Judge Ramos:

        My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the February 4, 2026, deadline for Plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers in light of *Cheeks*, etc. One prior request for an extension of this deadline was made and granted.

        I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

  /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:      Defense Counsel via ECF**

The request is granted.  The deadline is extended to February 18, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: February 5, 2026
New York, New York

1