# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

~~~~

## MEMO ENDORSED

**Abdul K. Hassan, Esq.**                                           Tel: 718-740-1000
Email: abdul@abdulhassan.com                                Fax: 718-740-2000
*Employment and Labor Lawyer*                         Web: www.abdulhassan.com

**February 18, 2026**

**Via ECF**

Hon. Edgardo Ramos, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

<div align="center">

**Re: <u>Padmore v. Remarkable Foods Hospitality, LLC</u>**
**Case No. 25-CV-07250 (ER)(KHP)**
**Motion for Extension of Time**

</div>

Dear Judge Ramos:

     My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the February 18, 2026, deadline for Plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers in light of *Cheeks*, etc. Two prior request for an extension of this deadline were made and granted.

     I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

**cc:**    **Defense Counsel via ECF**

---

The request is granted. The deadline to file the motion for settlement approval is extended to March 4, 2026.

SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: <u>Feb. 19, 2026</u>
New York, New York

1