# Abdul Hassan Law Group, PLLC
## 215-28 Hillside Avenue
## Queens Village, New York, 11427

**MEMO ENDORSED** ~~~~

**Abdul K. Hassan, Esq.**                                                    Tel: 718-740-1000
Email: abdul@abdulhassan.com                                    Fax: 718-740-2000
*Employment and Labor Lawyer*                              Web: www.abdulhassan.com

**March 4, 2026**

**Via ECF**

Hon. Edgardo Ramos, USDJ
United States District Court, SDNY
40 Foley Square
New York, NY 10007

| |
|---|
| The request is granted.  The deadline is extended to March 18, 2026. |
| SO ORDERED. |
| _____ Edgardo Ramos, U.S.D.J. Dated: March 5, 2026 New York, New York |

**Re: <u>Padmore v. Remarkable Foods Hospitality, LLC</u>**
**Case No. 25-CV-07250 (ER)(KHP)**
**Motion for Extension of Time**

Dear Judge Ramos:

My firm represents Plaintiff in the above-referenced action, and I respectfully write to request a brief two-week extension of the March 4, 2026, deadline for Plaintiff to file her motion for settlement approval. This request is being made because some additional time is needed to finalize the settlement papers and arrange for signatures, etc. – since the last request, it appears that the parties may have agreement on the outstanding issues. Three prior request for an extension of this deadline were made and granted.

I thank the Court in advance for its time and consideration.

Respectfully submitted,

Abdul Hassan Law Group, PLLC

 /s/ Abdul Hassan_____
By: Abdul K. Hassan, Esq. (AH6510)
*Counsel for Plaintiff*

cc:      **Defense Counsel via ECF**

1